```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER GENTILE and JUAN A.          :
CRAWFORD,                                :
                                         :    21-CV-8528 (LTS) (OTW)
                Plaintiffs,              :
                                         :    ORDER
                -against-                :
                                         :
KEVIN DOYLE,                             :
                                         :
                Defendant.               :
                                         :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiffs and Defendant Kevin Doyle filed a proposed stipulation regarding Plaintiffs' Amended Complaint. (ECF 49). Plaintiffs shall file their second amended complaint by **May 5, 2023**.

**SO ORDERED.**

Dated: April 21, 2023
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge