```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER GENTILE and JUAN A.    :
CRAWFORD,                          :
                                   :      21-CV-8528 (LTS) (OTW)
                Plaintiffs,        :
                                   :      ORDER
           -against-               :
                                   :
KEVIN DOYLE,                       :
                                   :
                Defendant.         :
                                   :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on October 5, 2023. As discussed on the conference call, discovery in this case is **STAYED** pending further settlement discussions.

The parties are directed to meet and confer as to whether they would like to have another Pre-Settlement Conference Call, or separate Pre-Settlement Conference Calls, with only counsel present. The parties are also directed to file a joint status letter **on or before October 12, 2023** proposing three dates in late November or early December.

SO ORDERED.

Dated: October 5, 2023
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge