

485 Lexington Avenue, 29th Floor, New York, NY 10017   tel: 646.722.8500   fax: 646.722.8501

123 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

201 Mission Street
Suite 1200
San Francisco, CA 94105
tel: 415.293.8210
fax: 415.789.4367

www.gelaw.com

Caitlin M. Moyna
Principal
+1 (646) 722-8513
cmoyna@gelaw.com

January 19, 2024

**FILED VIA ECF**

Hon. Ona T. Wang
United States District Court
500 Pearl St.
New York, NY, 10007

Re:   *Gentile et al v. Crededio, et al.*, C.A. No. 1:21-cv-08528 (LTS) (OTW)

Dear Judge Wang,

    I write on behalf of all parties in the above-referenced action pursuant to Rule I(b) of Your Honor's Individual Rules & Practices in Civil Cases.

    Following the Pre-Settlement Conference Call on December 7, 2023, and pursuant to this Court's Order on December 7, 2023 (ECF No. 79), the Parties met and conferred on January 17, 2024 to discuss potential settlement. It is the Parties' intention to continue potential settlement discussions over the upcoming weeks.

    On or before February 9, 2024, or as directed by this Court, the Parties intend to file an additional joint status letter advising the Court of any progress made during potential settlement discussions.

    The Parties thank the Court for its attention to this matter.

                    Respectfully submitted,

                    /s/Caitlin M. Moyna
                    Caitlin M. Moyna

Enclosure

Cc: Nathan Noh, Esq. (counsel for Mr. Doyle) (via ECF)