UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHRISTOPHER GENTILE and JUAN A. CRAWFORD,

         Plaintiffs,

         -against-

KEVIN DOYLE,

         Defendant.
-----------------------------------------------------------x

21-CV-8528 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 92.

The In-Person Status Conference scheduled for Wednesday, September 4, 2024 at 10:30 a.m. is **ADJOURNED**.

The Court will hold an In-Person Status Conference on **Wednesday, October 2, 2024, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint status letter on **Friday, September 20, 2024**, containing a proposed agenda for the conference.

      **SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: August 23, 2024                                **Ona T. Wang**
      New York, New York                United States Magistrate Judge