UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER GENTILE, and JUAN A. CRAWFORD,<br><br>  Plaintiffs and Counterclaim Defendants,<br><br>  v.<br><br>KEVIN DOYLE,<br><br>  Defendant and Counterclaim Plaintiff. | Case Number: 1:21-cv-08528 |

**DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF GRANT & EISENHOFER P.A.'S MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIV. R. 1.4**

I, Caitlin M. Moyna, hereby declare that the following is true and correct:

1. I am a Principal at Grant & Eisenhofer and am duly admitted to practice before this Court and in the State of New York. I submit this declaration in support of Grant & Eisenhofer P.A.'S Motion to Withdraw as Counsel Pursuant to Local Civ. R. 1.4.

2. I have represented the Plaintiffs and Counterclaim Defendants, Christopher Gentile and Juan A. Crawford, in this action since its inception.

3. Attached as Exhibit A is a true and correct copy of an email I received from Counterclaim Defendant Christopher Gentile on September 9, 2024.

4. Attached as Exhibit B is a true and correct copy of an email exchange between me and Mr. Gentile, in which Mr. Gentile consents to accept service of this motion by electronic mail.

5. Attached as Exhibit C is a true and correct copy of an email exchange between me and Mr. Crawford, in which Mr. Crawford consents to accept service of this motion by electronic mail.

6. As indicated in Mr. Gentile's email, the attorney-client relationship has deteriorated and has resulted in irreconcilable differences between Counterclaim Defendants and Grant & Eisenhofer. As a result, Counterclaim Defendants have released Grant & Eisenhofer from representing them in this action, and they are currently seeking new counsel.

7. Grant & Eisenhofer will work with Counterclaim Defendants' new counsel to ensure a smooth transition and minimal disruption to these proceedings.

8. Grant & Eisenhofer does not seek a charging lien in connection with its motion for withdrawal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 10, 2024

/s/   *Caitlin M. Moyna*
Caitlin M. Moyna