**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

CHRISTOPHER GENTILE and JUAN A.
CRAWFORD,

                Plaintiffs and Counterclaim
                Defendants,

          -against-

KEVIN DOYLE,

                Defendant and
                Counterclaim Plaintiff.

-----------------------------------------------------------x

21-CV-8528 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 95.

Counterclaim defendants Christopher Gentile and Juan A. Crawford are directed to file a proposed substitution of counsel on the docket by **September 27, 2024,** if any, and if one is not filed, withdrawing counsel <u>must appear in person</u> for the In-Person Status Conference scheduled for Wednesday, October 2, 2024 at 10:30 a.m., with counterclaim defendants, who should assume they will be proceeding *pro se*. The Court does not intend to extend any deadlines that may jeopardize the December 9, 2024, trial-ready date.

Withdrawing counsel is directed to serve a copy of this order on counterclaim defendants Gentile and Crawford and file a copy of service on the docket.

        **SO ORDERED.**

                                          *s/ Ona T. Wang*

Dated: September 13, 2024              **Ona T. Wang**
       New York, New York           United States Magistrate Judge