UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER GENTILE, and JUAN A. CRAWFORD,<br><br>    Counterclaim Defendants,<br><br>    v.<br><br>KEVIN DOYLE,<br><br>    Counterclaim Plaintiff. | Case Number: 1:21-cv-08528 |

**DECLARATION OF CAITLIN M. MOYNA REGARDING SERVICE OF ORDER (ECF NO. 103) AND TRANSCRIPT OF OCTOBER 2, 2024 STATUS CONFERENCE**

I, Caitlin M. Moyna, hereby declare that the following is true and correct:

1. I am a Principal at Grant & Eisenhofer and am duly admitted to practice before this Court and in the State of New York.

2. On October 2, 2024, a joint status conference (the "Hearing") was held before Magistrate Judge Ona T. Wang. At the Hearing, Magistrate Judge Ona T. Wang instructed that Grant & Eisenhofer order a copy of the Hearing transcript (the "Transcript") and serve a copy of the Transcript on Counterclaim Defendants Christopher Gentile and Juan A. Crawford.

3. On October 3, 2024, I served a copy of the Transcript[1] on Counterclaim Defendants via electronic mail to the following email addresses: chrisgunome@gmail.com and iamjantonio@gmail.com which were sent to Counterclaim Defendants Christopher Gentile and Juan A. Crawford.

---

[1] The Transcript served on Counterclaim Defendants was ordered via same-day delivery and has not been reviewed by G&E for accuracy.

4.      On October 3, 2024, Magistrate Judge Ona T. Wang issued an Order, docketed as ECF No. 103.  In the Order, Magistrate Judge Wang granted Grant & Eisenhofer's motion to withdraw as counsel and ordered that outgoing counsel serve Counterclaim Defendants Christopher Gentile and Juan A. Crawford with a copy of the Order (ECF No. 103).

5.      On October 3, 2024, my colleague Thomas Walsh Esq., an Associate at Grant & Eisenhofer, served a copy of the Order (ECF No. 103) on Counterclaim Defendants via electronic mail to the following email addresses: chrisgunome@gmail.com and iamjantonio@gmail.com which were sent to Counterclaim Defendants Christopher Gentile and Juan A. Crawford.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 3, 2024

　　　　　　　　　　　　　　　　　　　　　/s/    *Caitlin M. Moyna*
　　　　　　　　　　　　　　　　　　　　　　　　Caitlin M. Moyna

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2024, I caused a true and correct copy of the Declaration of Caitlin M. Moyna Regarding Service of Order (ECF No. 103) and Transcript Of The October 2, 2024 Status Conference to be served via electronic mail on the following:

Christopher Gentile
Email: chrisgunome@gmail.com

Juan Crawford
Email: iamjantonio@gmail.com

Dated: October 3, 2024

                                                        */s/ Caitlin M. Moyna*