**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
KEVIN DOYLE,                                           :
                                                       :
                     Counterclaim Plaintiff,           :     21-CV-8528 (LTS) (OTW)
                                                       :
              -against-                                :     ORDER
                                                       :
CHRISTOPHER GENTILE and JUAN A.                        :
CRAWFORD,                                              :
                                                       :
                     Counterclaim Defendants.          :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 127 and ECF 128, wherein *pro se* Counterclaim Defendants Christophe Gentile ("Gentile") and Juan A. Crawford ("Crawford", collectively, "Counterclaim Defendants") both individually request to appear at the December 18, 2024, status conference by phone. (ECF 127, 128).

Gentile's request to appear telephonically at the December 18 status conference is **GRANTED.** The Court extends its condolences to Mr. Gentile and his family.

With respect to Crawford's identical request, the Court notes that in response to my October 3, 2024, order to show cause, (ECF 103), Crawford explained that he could not attend the October 2, 2024, conference because "extenuating circumstances" prevented him from flying to New York. (ECF 108). These extenuating circumstances were not explained in the Counterclaim Defendants' letter. Now, Crawford states that he is unable to fly to New York for the December 18 conference, in a case that he voluntarily brought in this district over three years ago, because he is experiencing unforeseen "financial disruption" due to the SAG union

strike. (*Id.*). Whether these circumstances were unforeseen, as Crawford suggests, is uncertain given that Crawford represents these financial struggles have persisted for two years.

Counterclaim Defendant Crawford is hereby directed to file on the docket by **December 13, 2024,** a sworn statement under penalty of perjury that he is unable to fly to New York for the December 18 conference due to financial hardship. Crawford is also directed to file by **December 13, 2024,** under seal a CJA-23 Financial Affidavit form, which can be accessed at the following link: https://www.nysd.uscourts.gov/sites/default/files/2021-03/CJA%2023%20Financial%20Affidavit.pdf. If Crawford files these documents by December 13, 2024, the Court will convert the December 18 Conference to a telephonic conference for all parties.

**SO ORDERED.**

Dated: December 10, 2024  
      New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge

2