**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
KEVIN DOYLE,

              Counterclaim Plaintiff,

              -against-

CHRISTOPHER GENTILE and JUAN A. CRAWFORD,

              Counterclaim Defendants.
-------------------------------------------------------------x

21-CV-8528 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference on December 18, 2024. As **ORDERED** at the December 18 conference:

1) Third party depositions are **STAYED** until the depositions of Kevin Doyle, Christopher Gentile, and Juan A. Crawford are completed.

2) After the depositions of Doyle, Gentile, and Crawford are complete, the parties may conduct third-party depositions of (1) Cassi Crededio and (2) Ms. Veasey <u>only</u>. The parties are directed to refrain from conducting or scheduling any other third-party depositions until so directed by the Court.

3) After the depositions of Ms. Crededio and Ms. Veasey, the parties are directed to meet and confer to discuss any additional third-party depositions that may be necessary. The parties are further directed to inform the Court in a joint status letter, filed on the docket by **January 17, 2025**, whether the parties have agreed to additional third-party depositions and to name the proposed witnesses. The parties should also propose in the joint status letter three dates in March where all parties can appear for an in-person

conference. **Under no circumstances are the parties to contact the proposed third-party witnesses unless permitted to do so by the Court.**

**SO ORDERED.**

Dated: December 20, 2024
New York, New York

    *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge