# CRAVATH

Nathan Noh
nnoh@cravath.com
T+1-212-474-1707
New York

January 31, 2025

### Re: *Doyle v. Gentile et al.*, 1:21-cv-08528 (LTS) (OTW)

Dear Judge Wang:

      Pursuant to Rule I(a) of Your Honor's Individual Rules & Practices in Civil Cases and the Court's Order on January 27, 2025 (ECF No. 143), we submit on behalf of all parties a joint letter describing the status of scheduling the third-party depositions of Pam Veasey and Cassi Crededio.

      The parties met and conferred on January 30, 2025 to discuss scheduling the depositions of Ms. Veasey and Ms. Crededio.

      The parties have agreed that both depositions may proceed via videoconference.

      At this time, the parties are awaiting feedback from the witnesses' respective counsel to proceed with scheduling the depositions at a mutually agreeable date and time. Accordingly, the parties intend to meet and confer again upon receipt of the witnesses' respective availability and file a follow-up joint letter with the Court to confirm the agreed-upon dates or otherwise provide appropriate detail to the extent that the parties are unable to reach agreement.

      Defendants' position is, if we run into any scheduling conflicts with deponents, that they will seek an alternative, *i.e.*, affidavit or similar resolution as previously discussed with Plaintiff's counsel, not extensions.

(***)

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

As always, we thank the Court for its attention to this matter.

            Respectfully,

            */s/ Nathan K. Noh*

            Nathan K. Noh

The Honorable Ona T. Wang
 United States District Court for the Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
   500 Pearl St., Room 20D
    New York, NY 10007

VIA CM/ECF

Juan Antonio Crawford
 1300 S. Miami Ave
  #2001
   Miami, FL 33130
    iamjantonio@gmail.com

VIA EMAIL

Christopher Gentile
 825 Center Street, #28D
  Jupiter, FL 33458
   chrisgunome@gmail.com

VIA EMAIL AND FIRST CLASS MAIL

## **CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true and correct copy of the foregoing January 31, 2025 joint letter to Judge Ona T. Wang to be served: (1) on Juan Antonio Crawford via electronic mail at iamjantonio@gmail.com on January 31, 2025; and (2) on Christopher Gentile via electronic mail at chrisgunome@gmail.com on January 31, 2025 and first class mail at his last known address, 825 Center Street, #28D, Jupiter, FL 33458 on February 3, 2025.

Dated: January 31, 2025

                  */s/ Nathan K. Noh*
                   Nathan K. Noh