# CRAVATH

Nathan Noh
nnoh@cravath.com
T+1-212-474-1707
New York

March 14, 2025

### Re: *Doyle v. Gentile et al.*, 1:21-cv-08528 (LTS) (OTW)

Dear Judge Wang:

  Pursuant to Rules I(a) and II(e) of Your Honor's Individual Rules & Practices in Civil Cases and the Court's Order on January 28, 2025 (ECF No. 144), we submit on behalf of all parties a joint agenda for the upcoming In-Person Status Conference on March 19, 2025.

  The parties met and conferred on March 11, 2025 to discuss this joint agenda and have agreed on the following topics for the upcoming In-Person Status Conference:

1. Status of Third Party Discovery
2. Party Depositions
3. Updated Timeline for Trial Readiness

As always, we thank the Court for its attention to this matter.

              Respectfully,

              */s/ Nathan K. Noh*

              Nathan K. Noh

The Honorable Ona T. Wang
 United States District Court for the Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
   500 Pearl St., Room 20D
    New York, NY 10007

VIA CM/ECF

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

Juan Antonio Crawford
1300 S. Miami Ave
#2001
Miami, FL 33130
iamjantonio@gmail.com

VIA EMAIL

Christopher Gentile
825 Center Street, #28D
Jupiter, FL 33458
chrisgunome@gmail.com

VIA EMAIL AND FIRST CLASS MAIL

## **CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true and correct copy of the foregoing March 14, 2025 joint letter to Judge Ona T. Wang to be served: (1) on Juan Antonio Crawford via electronic mail at iamjantonio@gmail.com on March 14, 2025; and (2) on Christopher Gentile via electronic mail at chrisgunome@gmail.com on March 14, 2025 and first class mail at his last known address, 825 Center Street, #28D, Jupiter, FL 33458 on March 17, 2025.

Dated: March 14, 2025

                 */s/ Nathan K. Noh*
                  Nathan K. Noh