**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KEVIN DOYLE,

             Counterclaim Plaintiff,             21-CV-8528 (LTS) (OTW)

           -against-                                **ORDER**

CHRISTOPHER GENTILE and JUAN A. CRAWFORD,

             Counterclaim Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court held a status conference in this matter on March 19, 2025. As **ORDERED** on the record at the March 19 Conference:

1) Defendant Crawford is directed to provide Plaintiff by **close of business on March 20, 2025,** at least three proposed dates during the next four weeks on which he is available to sit for 4.5 hours to complete his deposition. The dates should include start times that allow the parties to complete Mr. Crawford's deposition during regular business hours. Plaintiff is then directed to file a letter on the docket with the proposed dates by **March 21, 2025.**

2) The parties are directed to meet and confer by **March 24, 2025,** regarding allowing Defendants additional time to depose Mr. Doyle. If the parties cannot come to an agreement, Plaintiff is directed to file a letter brief in opposition to Defendants' motion at ECF 156 by **March 26, 2025.** Defendants' reply letter brief, if any, is due **April 2, 2025.**

3) The parties are directed to meet and confer regarding the scheduling of depositions for Ms. Crededio and Ms. Veasey. Plaintiff is directed to provide Defendants copies of all communications thus far with Ms. Crededio's and Ms. Veasey's counsel regarding their depositions, if they have not already done so, and to keep Defendants copied on future correspondence. The parties are further directed to <u>refrain</u> from any additional third party discovery until the depositions of Mr. Crawford, Mr. Doyle, Ms. Crededio, and Ms. Veasey are complete.

4) The discovery deadline is hereby **EXTENDED** to **May 9, 2025,** without prejudice to further extensions.

5) Plaintiff is directed to file a letter on the docket by **March 24, 2025,** proposing at least three dates during the week of <u>March 24, 2025,</u> for a preliminary settlement call with Plaintiff only. **Both Plaintiff and Plaintiff's counsel must attend the call**.

Plaintiff is directed to serve a copy of this Order on Defendants.

**SO ORDERED.**

|  |  |
|---|---|
|  | <u>s/ Ona T. Wang</u> |
| Dated: March 21, 2025 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |