# CRAVATH

Nathan Noh
nnoh@cravath.com
T+1-212-474-1707
New York

March 21, 2025

**Re: *Doyle v. Gentile et al.*, 1:21-cv-08528 (LTS) (OTW)**

Dear Judge Wang:

  Pursuant to Rule I(a) of Your Honor's Individual Rules & Practices in Civil Cases and the Court's Order on March 21, 2025 (ECF No. 157), we submit on behalf of Plaintiff Kevin Doyle this letter regarding three proposed dates for a preliminary settlement call with Mr. Doyle.

  Mr. Doyle is available on the following three dates during the week of March 24, 2025 and expresses a preference for the call to occur earlier (rather than later) in the day Eastern Time, if agreeable to the Court, in consideration of Mr. Doyle's local time zone being 6 hours ahead of Eastern Time.

- March 26, 2025
- March 27, 2025
- March 28, 2025

(***)

As always, we thank the Court for its attention to this matter.

Respectfully,

/s/ Nathan K. Noh

Nathan K. Noh

The Honorable Ona T. Wang
 United States District Court for the Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
   500 Pearl St., Room 20D
    New York, NY 10007

VIA CM/ECF

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP