# CRAVATH

Nathan Noh
nnoh@cravath.com
T+1-212-474-1707
New York

March 21, 2025

### Re: *Doyle v. Gentile et al.*, 1:21-cv-08528 (LTS) (OTW)

Dear Judge Wang:

      Pursuant to Rule I(a) of Your Honor's Individual Rules & Practices in Civil Cases, the Court's Order on March 4, 2025 (ECF No. 151), and the Court's Order on March 21, 2025 (ECF No. 157), we submit on behalf of all parties a joint letter regarding three proposed dates on which Mr. Crawford will sit for up to 4.5 hours of on-the-record testimony to complete his deposition.

      The parties met and conferred on March 19, 2025 to discuss scheduling the balance of Mr. Crawford's deposition. The parties intend to conduct Mr. Crawford's deposition on one of the three following dates, as will be confirmed by reasonable written notice of deposition from Mr. Doyle in accordance with Rule 30 of the Federal Rules of Civil Procedure:

- April 14, 2025 at 12:00 pm ET
- April 18, 2025 at 12:00 pm ET
- April 21, 2025 at 12:00 pm ET

(\*\*\*)

As always, we thank the Court for its attention to this matter.

Respectfully,

*/s/ Nathan K. Noh*

Nathan K. Noh

The Honorable Ona T. Wang
    United States District Court for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
            500 Pearl St., Room 20D
                New York, NY 10007

VIA CM/ECF

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

Juan Antonio Crawford
1300 S. Miami Ave
#2001
Miami, FL 33130
iamjantonio@gmail.com

VIA EMAIL

Christopher Gentile
825 Center Street, #28D
Jupiter, FL 33458
chrisgunome@gmail.com

VIA EMAIL AND FIRST CLASS MAIL

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing March 21, 2025 joint letter to Judge Ona T. Wang to be served: (1) on Juan Antonio Crawford via electronic mail at iamjantonio@gmail.com on March 21, 2025; and (2) on Christopher Gentile via electronic mail at chrisgunome@gmail.com on March 21, 2025 and first class mail at his last known address, 825 Center Street, #28D, Jupiter, FL 33458 on March 21, 2025.

Dated: March 21, 2025

                                                  */s/ Nathan K. Noh*
                                                   Nathan K. Noh