**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
KEVIN DOYLE,                                                 :
                                                             :
                    Counterclaim Plaintiff,                  :     21-CV-8528 (LTS) (OTW)
                                                             :
           -against-                                         :     ORDER
                                                             :
CHRISTOPHER GENTILE and JUAN A.                              :
CRAWFORD,                                                    :
                                                             :
                    Counterclaim Defendants.                 :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On March 26, 2025, the Court received a letter from *pro se* Defendant Crawford via email at 12:17 p.m. EDT, that raises various disputes about the discovery process. The email was addressed to me, and no one else was copied on it. Because it was unclear whether the issues described in the letter were raised with opposing counsel, Crawford's co-defendant, or anyone else before it was emailed to the Court, the Court filed this letter on the docket under provisional seal. (*See* ECF 167). Crawford filed the letter on the docket on March 26, 2025, at 6:37 p.m. EST. (*See* ECF 165). The Court has provisionally sealed ECF 165 as well.

Because the letter raises accusations about opposing counsel's conduct, Defendant Crawford is directed to file a letter on the docket by **March 31, 2025,** informing the Court who else, if anyone, was sent the letter before it was filed, and whether those concerns or allegations were raised with opposing counsel before the letter was sent to me. Additionally, Defendants are directed to file a letter response by **April 4, 2025.** The parties are directed to meet and confer on whether Defendant Crawford's letter should be publicly available on the docket, filed as redacted, sealed in its entirety, or withdrawn, and file a joint letter on the

docket by **April 4, 2025.** If the parties cannot agree, they should <u>succinctly</u> state their reasons for their positions.

Additionally, Crawford is reminded that per my individual practices, (available here: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/OTW%20Wang%20Individual%20Practices%20In%20Civil%20Cases%2007232021.pdf), parties, *pro se* or not, are not permitted to send any document or filing directly to Chambers, unless specifically directed to do so. If the parties have any disputes with respect to discovery, the parties must first meet and confer in good faith with the opposing party in an effort to resolve the dispute. If the parties are unable to resolve the dispute, the party may then submit a letter motion of 3 pages or less to the Court, which <u>must</u> be filed on the docket.

Plaintiff is directed to serve a copy of this Order on Defendants.

**SO ORDERED.**

Dated: March 27, 2025　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_
　　　　New York, New York　　　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge