# CRAVATH

Nathan Noh
nnoh@cravath.com
T+1-212-474-1707
New York

April 1, 2025

***Re: Doyle v. Gentile et al., 1:21-cv-08528 (LTS) (OTW)***

Dear Judge Wang:

Pursuant to Rule I(a) of Your Honor's Individual Rules & Practices in Civil Cases and the Court's Order on March 27, 2025 (ECF No. 168), we submit on behalf of all parties a joint letter regarding whether Defendant Juan Crawford's March 26, 2025 letter at ECF No. 165 and ECF No. 167 (the "Crawford Letter") should be publicly available on the docket, filed as redacted, sealed in its entirety, or withdrawn.

The parties met and conferred on April 1, 2025 and agree that that letter should be withdrawn.

(***)

As always, we thank the Court for its attention to this matter.

Respectfully,

*/s/ Nathan K. Noh*

Nathan K. Noh

---

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

The Honorable Ona T. Wang
    United States District Court for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
            500 Pearl St., Room 20D
                New York, NY 10007

VIA CM/ECF

Juan Antonio Crawford
    1300 S. Miami Ave
        #2001
            Miami, FL 33130
                iamjantonio@gmail.com

VIA EMAIL

Christopher Gentile
    825 Center Street, #28D
        Jupiter, FL 33458
            chrisgunome@gmail.com

VIA EMAIL AND FIRST CLASS MAIL

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing April 1, 2025 joint letter to Judge Ona T. Wang to be served: (1) on Juan Antonio Crawford via electronic mail at iamjantonio@gmail.com on April 4, 2025; and (2) on Christopher Gentile via electronic mail at chrisgunome@gmail.com on April 4, 2025 and first class mail at his last known address, 825 Center Street, #28D, Jupiter, FL 33458 on April 2, 2025.

Dated: April 2, 2025

*/s/ Nathan K. Noh*
Nathan K. Noh