**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KEVIN DOYLE,
                Counterclaim Plaintiff,  :   21-CV-8528 (LTS) (OTW)

                -against-  :   **ORDER**

CHRISTOPHER GENTILE and JUAN A. CRAWFORD,

                Counterclaim Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

    The Court is in receipt of ECF Nos. 174, 175, 176 and 177.

    Plaintiff's letter at ECF 174 states that, having learned of Defendant Crawford's bankruptcy proceedings in the Southern District of Florida, (*see* S.D. Fla. Bankr. Case No. 25-15625 (LMI)), Plaintiff has "ceased all communications with Defendants regarding the above-captioned action and will consider the matter stayed pending further direction from this Court or the bankruptcy court." (ECF 174). The Court construes Plaintiff's letter as a <u>request</u> to stay this case pursuant to the automatic stay provisions of 11 U.S.C. § 362. Notably, however, Plaintiff's letter makes no indication of whether they have engaged in any discussion with Crawford or <u>Gentile</u> as to whether the stay should apply to just Crawford or to both Defendants, and does not even reference § 362. Plaintiff's unilateral determination that they "consider this matter stayed pending further direction" is insufficient.

    Accordingly, Plaintiff is **DIRECTED** to review 11 U.S.C. § 362 in its entirety and to file a letter on the docket by **June 25, 2025,** indicating whether <u>and why</u> this case should be stayed as to one or both self-represented Defendants. Defendant Gentile may also file a letter on the

docket by **June 27, 2025,** indicating whether he consents to a stay of this case pending Crawford's bankruptcy proceedings.

    Plaintiff is directed to serve a copy of this Order on Defendants.

    **SO ORDERED.**

                                          *s/ Ona T. Wang*

Dated: June 20, 2025                            **Ona T. Wang**
      New York, New York               United States Magistrate Judge