**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
KEVIN DOYLE,

                Counterclaim Plaintiff,       21-CV-8528 (LTS) (OTW)

          -against-       **ORDER**

CHRISTOPHER GENTILE and JUAN A. CRAWFORD,

                Counterclaim Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      On June 20, 2025, I directed Plaintiff to file a letter indicating whether and why this case should be stayed as to one or both self-represented Defendants given Defendant Crawford's bankruptcy proceedings in the Southern District of Florida. (ECF 178). Plaintiff filed a letter on June 25, 2025, requesting that the Court exercise its discretionary authority to stay the case as to Mr. Gentile as well. (ECF 180). Mr. Gentile "do[es] not oppose the proposed stay in light of Mr. Crawford's bankruptcy." (ECF 181).

      Accordingly, this case is hereby **STAYED** as to all Defendants. The parties are directed to file a joint status letter on the docket upon the completion of the bankruptcy proceedings indicating how they would like to proceed.

Plaintiff is directed to serve a copy of this Order on Defendants.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: July 2, 2025 | _s/ Ona T. Wang_ |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |